JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 06-0474 DOC (RNBx)　　　　　　　　　　　　　　　Date: January 20, 2009

Title: Moda et al. v. Princeline.com, Inc.

DOCKET ENTRY
　　　　　[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
　　　　　　　　　　　　　　　　　　　　　　　Date:_____　Deputy Clerk: _____

PRESENT:　　　　THE HONORABLE DAVID O. CARTER, JUDGE

　　Kristee Hopkins　　　　　　　　　　　　　　　Not Present
　　Courtroom Clerk　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:　ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT　　　　　　　　　　　　　　　NONE PRESENT

PROCEEDING (IN CHAMBERS): REMANDING CASE TO STATE COURT

　　　　The Court retained subject matter jurisdiction over this case under the Class Action Fairness Act, 28 U.S.C. §1711 et. seq. and general diversity jurisdiction under 28 U.S.C. §1332. Plaintiffs are residents of California and Defendant is a Delaware domestic corporation. However, this Court dismissed Plaintiffs' class allegations with prejudice on December 22, 2008. In their ex parte application to remand this case to the Los Angeles Superior Court, Plaintiffs averred that their collective damages would not "come close" to satisfying the jurisdictional requirements under the Class Action Fairness Act. Accordingly, this case is hereby REMANDED to Los Angeles County Superior Court, case number BC349553.

　　　　Further, the Court deems Motion by Defendant for Sanctions as MOOT. The hearing set January 26, 2009 is now VACATED.

　　　　The Clerk shall serve this minute order on all parties to the action.